UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARCIA,<br><br>            Petitioner,<br><br>   vs.<br><br>DAVID B. LONG, WARDEN,<br><br>            Respondent. | CASE NO. ED CV 12-01201 DMG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 26, 2013

                                                  */s/ Dolly M. Gee*
                                              DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE