UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARCIA,<br><br>        Petitioner,<br><br>    vs.<br><br>DAVID B. LONG, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 12-01201 DMG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DAVID GARCIA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 26, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE